# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 14-31169

_____

KALE FLAGG,

Plaintiff – Appellant

v.

STRYKER CORPORATION; MEMOMETAL INCORPORATED, USA,

Defendants – Appellees

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

_____

ON PETITIONS FOR REHEARING AND REHEARING EN BANC

(Opinion September 4, 2015, 5 Cir., 2015, 801 F.3d 456)

Before STEWART, Chief Judge, JOLLY, DAVIS, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON and COSTA, Circuit Judges.

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed.  The Clerk will specify a briefing schedule for the filing of supplemental briefs.